JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LUIZ COSTA SOARES,<br><br>               Plaintiff,<br><br>      v.<br><br>J. JANECKA, et al.,<br><br><br>            Defendants. | Case No. 5:20-cv-00264-ODW-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Complaint and Action, IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed.

IT IS SO ADJUDGED.

DATED: March 17, 2022

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE